# United States Bankruptcy Court
## Northern District of California

In re **Michael E. Stone**  
Debtor(s)

Case No. **18-50095**  
Chapter **7**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | |
|---|---:|
| 1. Gross Income For 12 Months Prior to Filing: | $ 315,715.00 |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | |
|---|---:|
| 2. Gross Monthly Income | $ 26,310.00 |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ 3,305.00 |
| 4. Payroll Taxes | 1,215.00 |
| 5. Unemployment Taxes | 189.00 |
| 6. Worker's Compensation | 45.00 |
| 7. Other Taxes | 160.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 1,725.00 |
| 11. Utilities | 850.00 |
| 12. Office Expenses and Supplies | 5,725.00 |
| 13. Repairs and Maintenance | 275.00 |
| 14. Vehicle Expenses | 200.00 |
| 15. Travel and Entertainment | 250.00 |
| 16. Equipment Rental and Leases | 237.00 |
| 17. Legal/Accounting/Other Professional Fees | 1,285.00 |
| 18. Insurance | 241.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 191.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

| | |
|---|---:|
| 22. Total Monthly Expenses (Add items 3-21) | $ 15,893.00 |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | |
|---|---:|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ 10,417.00 |