Kari Bowyer
PO Box 700096
San Jose, CA 95170
(408) 641-1327

Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>  MICHAEL E. STONE<br>  *dba* MICHAEL E. STONE, ATTORNEY AT LAW,<br><br>    Debtor. | Case No. 18-50095 MEH<br>Chapter 7<br><br>**REPORT OF COMPLETED TRANSACTION:  Abandonment of 127 Abby Court, Santa Cruz, CA; interest in Debtor's law practice and satisfaction of Trustee's demand to replenish debtor's financial accounts. (F.R.B.P 6004(f))** |

      Pursuant to the Order and Amended Order Authorizing Trustee to abandon the estate's interest in Debtor's real property, located at 127 Abby Court, Santa Cruz, interest in debtor's law practice, and replenish debtor's bank accounts (collectively "abandoned assets") in exchange for $90,000.00, a copy of which is attached hereto as **EXHIBIT A,** the Trustee has received the last installment payment from the Debtor in May 2019 and the transaction is complete.

DATED:  May 15, 2019

                                    By: /s/: Kari S. Bowyer
                                          KARI BOWYER,
                                          Trustee in Bankruptcy

Entered on Docket
June 08, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed June 8, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

Charles P. Maher (SBN 124748)
RINCON LAW, LLP
200 California Street, Suite 400
San Francisco, CA 94111
Tel: 415-840-4199
Fax: 415-680-1712
cmaher@rinconlawllp.com

Counsel for
KARI BOWYER,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL E. STONE<br>*dba* MICHAEL E. STONE,<br>ATTORNEY AT LAW,<br><br>Debtor. | Case No. 18-50095 MEH<br>Chapter 7<br><br>Date: May 31, 2018<br>Time: 10:30 a.m.<br>Place: 280 South First Street<br>      Hon. M. Elaine Hammond<br>      Courtroom 3020<br>      San Jose, CA 95113 |

### ORDER AUTHORIZING DISPOSITION OF ASSETS

On May 31, 2018, a hearing was held on the motion of Kari Bowyer, Chapter 7 Trustee, for an order authorizing her to dispose of assets as described in her April 23, 2018, notice to creditors, and the objection of creditor Keith Tai Wong to the Trustee's motion. Charles P. Maher of Rincon Law, LLP, appeared on behalf of the Trustee. Sam Taherian of the Fuller Law Firm, PC, appeared on behalf of creditor Keith Tai Wong.

Based on the Trustee's motion and notice, the objection of Mr. Wong to the Trustee's proposed disposition of assets and the documents filed by the Trustee in reply, and it appearing from those documents that notice has been adequate, that no objection other than the objection of Mr.

Wong has been filed, and for the reasons stated on the record, that good cause exists, it is

ORDERED as follows:

1. The objection of Keith Tai Wong to the Trustee's proposed disposition of assets is overruled.

2. The Trustee is authorized to enter into the transaction described in her April 23, 2018, notice, by which the estate shall receive $90,000 in exchange for abandonment under 11 U.S.C. § 554 of the bankruptcy estate's interest in the real property commonly known as 127 Abby Court, Santa Cruz, California, and the estate's interest in the Debtor's law practice, and in satisfaction of the Trustee's demand for replenishment of the Debtor's financial accounts.

3. The Trustee is authorized to take those steps and execute those documents she deems necessary to complete the transaction in conformity with her April 23, 2018, notice to creditors.

****** END OF ORDER *****

Charles P. Maher (SBN 124748)
RINCON LAW, LLP
200 California Street, Suite 400
San Francisco, CA 94111
Tel: 415-840-4199
Fax: 415-680-1712
cmaher@rinconlawllp.com

Counsel for KARI BOWYER,
Chapter 7 Trustee

The following constitutes
the order of the court. Signed June 14, 2018

*M. Elaine Hammond*
_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

MICHAEL E. STONE
*dba* MICHAEL E. STONE,
ATTORNEY AT LAW,

Debtor.

Case No. 18-50095 MEH
Chapter 7
Hon. M. Elaine Hammond

### AMENDED ORDER AUTHORIZING DISPOSITION OF ASSETS

Based on the Trustee's ex parte application and supporting declaration of counsel, and it appearing from those documents that no notice other than notice via the Court's Electronic Case Filing system is necessary, and that good cause exists, it is

ORDERED as follows:

1. As provided in the Court's prior order, the Trustee is authorized to transfer to the Debtor the assets described in her April 23, 2018, notice, including title to the real property commonly known as 127 Abby Court, Santa Cruz, California, as previously authorized by the Court for the sum of $90,000.

2. Payment by the Debtor may be made as follows: $45,000 down payment and monthly payments of $4,500 for ten months until payment in full is made.

3. The Trustee is authorized to take those steps and execute those documents she deems necessary to complete the sale.

*** *END OF ORDER* ***