```
Charles P. Maher, State Bar No. 124748
RINCON LAW, LLP
200 California Street, Suite 400
San Francisco, CA  94111
Telephone No.:  415-840-4199
Facsimile No.:   415-680-1712
Email: cmaher@rinconlawllp.com

Counsel for Kari Bowyer,
Trustee in Bankruptcy
```

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>MICHAEL E. STONE<br>*dba* MICHAEL E. STONE,<br>        ATTORNEY AT LAW,<br><br>Debtor. | Case No. 18-50095 MEH<br>Chapter 7<br><br>Date:  June 25, 2020<br>Time:  10:30 a.m.<br>Place: 280 South First Street<br>           Hon. M. Elaine Hammond<br>           Courtroom 11<br>           San Jose, CA  95113 |

**TRUSTEE'S RESPONSE TO NOTICE OF JUDGMENT LIEN**

Kari Bowyer, Chapter 7 Trustee of the estate of the above Debtor, files this statement in connection with the objection of Dai Truong and Sally Kim to the Trustee's Final Report insofar as it proposes a distribution to Keith Wong.

Dai Truong and Sally Kim filed a Notice of Judgment Lien on May 29, 2020. The judgment is against creditor Keith Wong.  On June 12, 2020, they filed an objection to the Trustee's Final Report and applications to compensation.  The objection is limited to the proposed distribution to Mr. Wong shown in the final report.

The judgment creditors assert that their judgment lien encumbers any distribution to Mr. Wong, and that as lienholders the Wong distribution should be made to them.  The Trustee believes the judgment creditors are correct and that the distribution should be made to the judgment creditors,

not Mr. Wong. It is up to Mr. Wong to successfully persuade the Court that the judgment creditors are incorrect.

The Trustee is prepared to honor the lien and make the Wong distribution to the judgment creditors provided the Court authorizes her to do so. Counsel for the Trustee will appear at the hearing.

DATED: June 19, 2020                    RINCON LAW, LLP


                                        By: */s/Charles P. Maher*
                                            Charles P. Maher
                                            Counsel for Kari Bowyer, Chapter 7 Trustee